468 A.2d 1092

**COMMONWEALTH of Pennsylvania**

**v.**

**Thomasina TONEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 29, 1983.

Decided Dec. 27, 1983.

Joseph F. Lawless, Jr., Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Frances Gralnek Gerson, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM:

Judgments of sentence affirmed.